

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00712-CV

**IN THE INTEREST OF A.F.**, C.J. Jr., Christina J., and Christal J., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02455
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Father or appellant Mother as both are indigent.

SIGNED April 1, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] The Honorable Richard Price is the presiding judge of the 285th District Court, Bexar County, Texas. However, the termination order was signed by Associate Judge Charles E. Montemayor.